ALBERT S. GOLDBERG et al., as Receivers of the EQUITABLE MERCHANTS ASSOCIATION, INC., Appellants, *v.* CLIFFORD T. WEIHMAN, Respondent, Impleaded with Others.

(Argued October 21, 1935; decided November 19, 1935.)

*Alexander Slater, Albert D. Schanzer* and *Abram F. Sackheim* for appellants.

*John J. Curtin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.